

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| KYM HUMPHREY,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>BRIAN GOOTKIN, et al.,<br><br>　　　　　　　　Defendants | No. CV 09-92-BU-SEH<br><br>**ORDER** |

On October 6, 2010, United States Magistrate Judge Keith Strong entered Findings and Recommendations[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Strong's Findings and Recommendations for clear error.

---

[1] Docket No. 15.

Upon review, I find no clear error in Judge Strong's Findings and Recommendations and adopt them in full.

ORDERED:

1. The Amended Complaint[2] is DISMISSED.

2. The docket shall reflect the filing of this action constitutes one strike under 28 U.S.C. § 1915(g).

3. A certificate of appealability is DENIED. Any appeal from this disposition will not be taken in good faith due to the frivolous nature of the issues raised and inability to state a claim.

The Clerk is directed to enter judgment accordingly.

DATED this 8th day of November, 2010.

SAM E. HADDON
United States District Judge

---

[2] Docket No. 14.